UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL ROSS VIETH, No. 08773-030,

    Petitioner,

v.

ERIC WILLIAMS, Warden,

    Respondent.

Case No. 21-cv-170-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Daniel Ross Vieth's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for failure to exhaust administrative remedies/

**DATED: November 8, 2021**        MARGARET M. ROBERTIE, Clerk of Court

                                                **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**